# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OYSTER INCORPORATED, a California corporation; EDWARDS & ANDERSON, INC. a California corporation; AMSIA MANAGEMENT CORPORATION, a California corporation; HASSAN EGHDAMI, an individual; JOSEPH FAZIO, an individual; HAMPTON'S SERVICE, INC., a California corporation; CBK INC., a California corporation; JONTS GASMART, INC., a California corporation; PREMIUM AUTO-TECH INC., a California corporation; JAMES LIN, an individual; HUNG TRINH, an individual; VTH RESOURCES, INC., a California corporation; WILL Y. WONG, an individual; and SD TEK INC., a California corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, SOUTHERN COUNTIES OIL CO., a California Limited Partnership, and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. CV 11-01969 JSW<br><br>[PROPOSED] ORDER RE: (1) VOLUNTARY DISMISSAL OF DEFENDANT SOUTHERN COUNTIES OIL CO.; AND (2) FILING OF ANSWER TO FIRST AMENDED COMPLAINT<br><br>Complaint Filed: March 21, 2011<br><br>Courtroom: 11<br>Judge:     Jeffrey S. White<br>Trial Date: August 13, 2012 |

Whereas the parties to this action have submitted a Stipulation, agreeing as follows:

1. Plaintiffs' claims in this action against Defendant Southern Counties Oil Co. shall be dismissed in their entirety without prejudice as against Southern Counties Oil Co. only; and

2. Defendant Equilon Enterprises LLC, dba Shell Oil Products US's Answer to Plaintiffs' Complaint, dated April 20, 2011, currently on file with this Court, shall be deemed its timely-filed Answer to Plaintiffs' First Amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 25, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE