# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OYSTER INCORPORATED, a California corporation; EDWARDS & ANDERSON, INC. a California corporation; AMSIA MANAGEMENT CORPORATION, a California corporation; HASSAN EGHDAMI, an individual; JOSEPH FAZIO, an individual; HAMPTON'S SERVICE, INC., a California corporation; CBK INC., a California corporation; JONTS GASMART, INC., a California corporation; PREMIUM AUTO-TECH INC., a California corporation; JAMES LIN, an individual; HUNG TRINH, an individual; VTH RESOURCES, INC., a California corporation; WILL Y. WONG, an individual; and SD TEK INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, SOUTHERN COUNTIES OIL CO., a California Limited Partnership, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. C 11-01969 JSW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES<br><br>[Civil L.R. 7-12, 40-1]<br><br>Complaint Filed: March 21, 2011<br><br>Dept.: 11<br>Judge: Hon. Jeffrey S. White<br>Trial Date: August 13, 2012 |

Case No. C 11-01969 JSW
[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES

Plaintiffs Oyster Incorporated, Edwards & Anderson, Inc., Amsia Management Corporation, Hassan Eghdami, Joseph Fazio, Hampton's Service, Inc., CBK, Inc., Jonts Gasmart, Inc., Premium Auto-Tech Inc., James Lin, Hung Trinh, VTH Resources, Inc., Will Y. Wong and SD Tek, Inc. (collectively, "Plaintiffs") and Defendant Equilon Enterprises LLC, dba Shell Oil Products US ("Equilon") have submitted a stipulation, agreeing that the trial and remaining case management dates be continued as follows:

Rebuttal Expert Disclosures and Reports: Friday, June 15, 2012

Close of All Discovery: Monday, July 16, 2012

Last Day to Hear Dispositive Motions: Friday, August 24, 2012 at 9:00 a.m.

Pre-Trial Conference: Monday, October 15, 2012 at 2:00 p.m.

Jury Trial Date: Monday, November 5, 2012 at 8:00 a.m.

**FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 23, 2012

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE