1

2

3

4

5

6

7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 OYSTER INCORPORATED, a California corporation; EDWARDS & ANDERSON, INC. <br> 12 a California corporation; AMSIA MANAGEMENT CORPORATION, a California <br> 13 corporation; HASSAN EGHDAMI, an individual; JOSEPH FAZIO, an individual; <br> 14 HAMPTON'S SERVICE, INC., a California corporation; CBK INC., a California corporation; <br> 15 JONTS GASMART, INC., a California corporation; PREMIUM AUTO-TECH INC., a <br> 16 California corporation; JAMES LIN, an individual; HUNG TRINH, an individual; VTH <br> 17 RESOURCES, INC., a California corporation; WILL Y. WONG, an individual; and SD TEK <br> 18 INC., a California corporation, <br><br> 19      Plaintiffs, <br><br> 20    v. <br><br> 21 EQUILON ENTERPRISES, LLC, a Delaware limited liability company, SOUTHERN <br> 22 COUNTIES OIL CO., a California Limited Partnership, and DOES 1 through 100, Inclusive, <br> 23 <br> 24      Defendants. | Case No. C 11-01969 JSW <br><br> **[PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES** <br><br> **[Civil L.R. 7-12, 40-1]** <br><br> Complaint Filed:  March 21, 2011 <br><br> Dept.:      11 <br> Judge:     Hon. Jeffrey S. White <br> Trial Date:  August 13, 2012 |

25

26

27

28

Case No. C 11-01969 JSW

[PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL
DEADLINES

1    Plaintiffs Oyster Incorporated, Edwards & Anderson, Inc., Amsia Management Corporation,

2    Hassan Eghdami, Joseph Fazio, Hampton's Service, Inc., CBK, Inc., Jonts Gasmart, Inc., Premium

3    Auto-Tech Inc., James Lin, Hung Trinh, VTH Resources, Inc., Will Y. Wong and SD Tek, Inc.

4    (collectively, "Plaintiffs") and Defendant Equilon Enterprises LLC, dba Shell Oil Products US

5    ("Equilon") have submitted a stipulation, agreeing that the trial and remaining case management

6    dates be continued as follows:

7        Rebuttal Expert Disclosures and Reports:  Friday, June 15, 2012

8        Close of All Discovery:  Monday, July 16, 2012

9        Last Day to Hear Dispositive Motions:  Friday, August 24, 2012 at 9:00 a.m.

10       Pre-Trial Conference:  Monday, October 15, 2012 at 2:00 p.m.

11       Jury Trial Date:  Monday, November 5, 2012 at 8:00 a.m.

12

13       **FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO**

14   **ORDERED.**

15

16   Dated:    March 23, 2012

17                                    HON. JEFFREY S. WHITE
                                      UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL
DEADLINES