1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OYSTER INCORPORATED, a California corporation; EDWARDS & ANDERSON, INC. a California corporation; AMSIA MANAGEMENT CORPORATION, a California corporation; HASSAN EGHDAMI, an individual; JOSEPH FAZIO, an individual; HAMPTON'S SERVICE, INC., a California corporation; CBK INC., a California corporation; JONTS GASMART, INC., a California corporation; PREMIUM AUTO-TECH INC., a California corporation; JAMES LIN, an individual; HUNG TRINH, an individual; VTH RESOURCES, INC., a California corporation; WILL Y. WONG, an individual; and SD TEK INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, SOUTHERN COUNTIES OIL CO., a California Limited Partnership, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. C 11-01969 JSW<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiffs EDWARDS & ANDERSON, INC., AMSIA MANAGEMENT CORPORATION and HAMPTON'S SERVICE, INC. (collectively, "Plaintiffs") and Defendant EQUILON ENTERPRISES LLC, DBA SHELL OIL PRODUCTS US ("Equilon"), having reached a settlement which is reflected in their respective written settlement agreements, and having stipulated by and through their respective counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims that these three Plaintiffs have asserted against Equilon in this action are hereby DISMISSED WITH PREJUDICE and that Plaintiffs and Equilon are to bear their own costs, expenses and attorney's fees.

IT IS SO ORDERED.

Dated: November 19, 2012

*[signature: Jeffrey S. White]*

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Case No. C 11-01969 JSW
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE