|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OYSTER INCORPORATED, a California corporation; EDWARDS & ANDERSON, INC. a California corporation; AMSIA MANAGEMENT CORPORATION, a California corporation; HASSAN EGHDAMI, an individual; JOSEPH FAZIO, an individual; HAMPTON'S SERVICE, INC., a California corporation; CBK INC., a California corporation; JONTS GASMART, INC., a California corporation; PREMIUM AUTO-TECH INC., a California corporation; JAMES LIN, an individual; HUNG TRINH, an individual; VTH RESOURCES, INC., a California corporation; WILL Y. WONG, an individual; and SD TEK INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, SOUTHERN COUNTIES OIL CO., a California Limited Partnership, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. C 11-01969 JSW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES AS MODIFIED<br><br>[Civil L.R. 7-12, 40-1]<br><br>Complaint Filed: March 21, 2011<br><br>Dept.: 11<br>Judge: Hon. Jeffrey S. White<br>Trial Date: May 6, 2013 |

Case No. C 11-01969 JSW

[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES

1  Plaintiffs Oyster Incorporated, Jonts Gasmart, Inc., James Lin and Hung Trinh (collectively,
2  "Plaintiffs") and Defendant Equilon Enterprises LLC, dba Shell Oil Products US ("Equilon") have
3  submitted a stipulation, agreeing that the trial and remaining case management dates be continued as
4  follows:

5  Close of All Discovery: Monday, March 4, 2013
6  Last Day to Hear All Motions: Friday, ~~March~~ April 19, 2013, at 9:00 a.m.
7  Pre-Trial Conference: Monday, June 10, 2013, at 2:00 p.m.
8  Jury Trial Date: Monday, July 1, 2013, at 8:00 a.m.   Jury selection: June 26, 2013 at 8:00 a.m.

9  **FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO**
10 **ORDERED.**

12 Dated: January 28, 2013

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

1                                              Case No. C 11-01969 JSW
[~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL
DEADLINES